# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New Jersey

Case Number: 2:19-CV-21616-MCA-MAH

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Espinal, Edward; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Edward Espinal, 14 Bullens Avenue, Wayne, NJ 07470**.

I, Peter Feldman, do hereby affirm that on the **10th day of January, 2020** at **8:35 am**, I:

Served Summons & Complaint; Local Civil Rule 11.2 Certification; Designation of Agent for Service personally to Edward Espinal at 14 Bullens Avenue, Wayne, NJ 07470.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   1/13/20
Peter Feldman                Date
Process Server

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2020000377
Ref: NYRO-62217

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

